Warner *v.* Warner (et al., Appellants).

Argued April 11, 1957. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Raymond L. Brennan,* for appellant.

*Calvin J. Friedberg,* for appellee.

OPINION PER CURIAM, July 25, 1957:

The decree of the court below is affirmed on the opinion of President Judge CYRUS M. PALMER, as reported in 8 Pa. D. & C. 2d 762.